UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MED-TRANS CORPORATION,

    Plaintiff,

v.                                        Case No. 3:22-cv-1077-TJC-JBT

CAPITAL HEALTH PLAN, INC.
and C2C INNOVATIVE
SOLUTIONS, INC.,

    Defendants.
_____

REACH AIR MEDICAL SERVICES
LLC,

    Plaintiff,

v.                                        Case No. 3:22-cv-1153-TJC-JBT

KAISER FOUNDATION HEALTH
PLAN INC. and C2C INNOVATIVE
SOLUTIONS, INC.,

    Defendants.
_____

## O R D E R

In light of the stipulation of dismissal with prejudice filed in companion case <u>Med-Trans Corporation v. Blue Cross and Blue Shield of Florida, Inc. et al.</u>, (Doc. 46 in 3:22-cv-1139), the parties are directed to jointly file a status report informing the Court whether settlement is likely in the two remaining cases, <u>Med-Trans Corporation v. Capital Health Plan, Inc. et al.</u> 3:22-cv-1077 and

<u>REACH Air Medical Services LLC v. Kaiser Foundation Health Plan Inc. et al.</u> 3:22-cv-1153. The Court is actively working on the pending motions in these two cases and wishes to know whether to proceed. The parties shall jointly file their status report no later than **August 4, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies:

Counsel of record

2