# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10135
_____

REACH AIR MEDICAL SERVICES LLC,

                                                             *Plaintiff-Appellant*,

versus

KAISER FOUNDATION HEALTH PLAN INC.,
C2C INNOVATIVE SOLUTIONS, INC.,

                                                             *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01153-TJC-JBT
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 19, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDTAE: December 22, 2025

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 22, 2025

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 24-10135-CC
Case Style: REACH Air Medical Services LLC v. Kaiser Foundation Health Plan Inc., et al
District Court Docket No: 3:22-cv-01153-TJC-JBT

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate